IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MONIQUE BATTLES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.** |
| ) | **1:20-cv-00222-KD-MU** |
| **HALLMARK MOBILE APARTMENTS and** ) | |
| **ROYAL AMERICAN MANAGEMENT,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

COME NOW the parties, Plaintiff Monique Battles and Defendants Hallmark Mobile Apartments and Royal American Management, and hereby give notice to this Honorable Court that the parties have reached a settlement agreement. The parties hereby request thirty (30) days for which to finalize the paperwork and file the proper documentation in the above-styled cause.

Respectfully submitted,

*/s/ John P. Browning*
John P. Browning           (BROWJ6884)
jbrowning@burr.com
Emily Crow Killion         (CROWE2443)
ekillion@burr.com
*Attorneys for Defendants*

**OF COUNSEL:**
**BURR & FORMAN LLP**
11 North Water Street, Suite 22200
Mobile, Alabama  36602
Telephone: (251) 344-5151
Facsimile: (251) 344--9696

43586594 v1

        /s/ Ryan B. Hobbs
        Ryan B. Hobbs, Florida Bar No. 44179
        rhobbs@tallahasseeattorneys.com
        (Requesting Permission Pro Hac Vice)
        *Attorney for Defendants*

**OF COUNSEL:**
**BROOKS, LEBOEUF, FOSTER,**
**GWARTNEY, LEACE & HOBBS, P.A.**
909 East Park Avenue
Tallahassee, Florida  32301-2646
Telephone:  (850) 222-2000
Facsimile:  (850-222-9757

        */s/ Ishmael Jaffree (with permission)*
        Ishmael Jaffree
        ishjaff@gmail.com
        800 Downtowner Boulevard, Suite 106 B
        Mobile, AL  36609

        Greg Ramos
        gramos@aslp.org
        Spencer Phillips
        sphillips@aslp.org
        Post Office Box 1986
        Mobile, AL  36633

        *Attorneys for Plaintiff*