IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MONIQUE BATTLES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 20-00222-KD-MU |
| | ) |
| **HALLMARK MOBILE APARTMENTS** | ) |
| **and ROYAL AMERICAN** | ) |
| **MANAGEMENT,** | ) |
| | ) |
| Defendants. | ) |

# ORDER

This action is before the Court on the Notice of Settlement (doc. 8) filed by Monique Battles, Hallmark Mobile Apartments and Royal American Management. The parties report that they have reached a settlement agreement but request thirty (30) additional days to "finalize the paperwork and file the proper documentation". (Id.)

Upon consideration, this action is **DISMISSED with prejudice subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 17th day of June 2020.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**